cuit Court of Appeals for the Second Circuit denied. *Mr. Osmond K. Fraenkel* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondent.

No. 703. AMERICAN LIBERTY PIPE LINE CO. *v.* COMMISSIONER OF INTERNAL REVENUE. January 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Gerald C. Mann* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Robert N. Anderson* for respondent.

No. 711. AETNA CASUALTY & SURETY CO. *v.* KISHWAUKEE SPECIAL DRAINAGE DISTRICT. January 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Franz W. Castle* for petitioner. *Messrs. Floyd E. Thompson* and *Dennis J. Collins* for respondent.

No. 717. OHIO NATIONAL LIFE INSURANCE CO. ET AL. *v.* BOARD OF EDUCATION OF GRANT COMMUNITY HIGH SCHOOL DISTRICT ET AL. January 8, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Werner W. Schroeder* for petitioners. *Mr. Royal W. Irwin* for respondents.

No. 718. COMMERCIAL NATIONAL BANK *v.* PARSONS, RECEIVER, ET AL. January 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Sidney L. Herold* for petitioner.